IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM PIECUCH, individually and on behalf of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-00202 |
| vs. | ) ) | Judge John J. Tharp, Jr. |
| DELTA AIR LINES, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Delta Air Lines, Inc. ("Delta") respectfully submits this Motion to Dismiss Plaintiff William Piecuch's ("Plaintiff") class action complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons set forth in Delta's accompanying brief in support of this Motion to Dismiss, Delta respectfully requests that this Court grant Delta's Motion to Dismiss and dismiss Plaintiff's Complaint in its entirety.

[*Signatures on following page*]

Dated: February 14, 2024            Respectfully submitted,

/s/ *Gregory T. Fouts*
Gregory T. Fouts
Monica C. Pedroza
Ryan B. Bronstein
Morgan, Lewis & Bockius LLP
110 North Wacker Drive, Suite 2800
Chicago, Illinois 60606
T: (312) 324-1776
F: (312) 324-1001
gregory.fouts@morganlewis.com
monica.pedroza@morganlewis.com
ryan.bronstein@morganlewis.com

*Counsel for Defendant Delta Air Lines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2024, I caused a true and correct copy of the foregoing to be filed through the Court's CM/ECF System and served on all counsel of record.

/s/ *Gregory T. Fouts*
Gregory T. Fouts